1  LYSSA S. ANDERSON
   Nevada Bar No. 5781
2  RYAN W. DANIELS
   Nevada Bar No. 13094
3  KAEMPFER CROWELL
   1980 Festival Plaza Drive, Suite 650
4  Las Vegas, Nevada  89135
   Telephone:   (702) 792-7000
5  Fax:              (702) 796-7181
   landerson@kcnvlaw.com
6  rdaniels@kcnvlaw.com

7  *Attorneys for Defendants*
   *Las Vegas Metropolitan Police Department,*
8  *Joseph Lombardo and William Pollock*

9               UNITED STATES DISTRICT COURT

10                   DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF CALEB BLAYLOCK, by and through special administrator ROSALIND ROSE BLAYLOCK, ROSALIND ROSE BLAYLOCK, individually; STEPHEN PATRICK BLAYLOCK, individually;<br><br>Plaintiffs,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; JOSEPH LOMBARDO, Sheriff of Clark County, Nevada; WILLIAM POLLOCK, individually and in his official capacity; DOES 1 through 10;<br><br>Defendants. | Case No.:  2:18-cv-01265-JAD-PAL<br><br>**STIPULATION, REQUEST AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>(First Request) |

Defendants Las Vegas Metropolitan Police Department, Joseph Lombardo, and William Pollock, ("LVMPD Defendants"), by and through their counsel, Kaempfer Crowell, and Estate of Caleb Blaylock, Rosalind Rose Blaylock and Stephen Patrick Blaylock ("Plaintiffs"), by and through their counsel, Mitchell Bisson, Esq. of Callister Law Group hereby respectfully submit

this Stipulation, Request and Order Extending Time to Answer or Otherwise Respond to Plaintiffs' Complaint (the "Stipulation"). This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR II 7-1 of the Local Rules of this Court. This is the first request for an extension of time to file an answer or otherwise respond to Plaintiffs' Complaint.

LVMPD Defendants were served with Plaintiffs' Complaint on August 10, 2018. The instant extension is requested as LVMPD Defendants' Counsel requires additional time to prepare a responsive pleading to the Plaintiffs' Complaint.

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including September 7, 2018, for LVMPD Defendants to file an answer or otherwise respond to Plaintiffs' Complaint. By entering into this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to Plaintiffs' Complaint.

DATED this 29 day of August, 2018.

| KAEMPFER CROWELL | CALLISTER LAW GROUP |
|---|---|
| By: /s/ Lyssa S. Anderson<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>RYAN W. DANIELS<br>Nevada Bar No. 13094<br>1980 Festival Plaza Drive<br>Suite 650<br>Las Vegas, Nevada 89135<br>**Attorneys for Defendants** | By: /s/ Mitchell S. Bisson<br>MITCHELL S. BISSON<br>Nevada Bar No. 11920<br>330 E. Charleston Blvd., Suite 100<br>Las Vegas, NV 89104<br>**Attorneys for Plaintiffs** |

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

Dated: August 30, 2018