1 7LYSSA S. ANDERSON
Nevada Bar No. 5781
2 RYAN W. DANIELS
Nevada Bar No. 13094
3 KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
4 Las Vegas, Nevada 89135
Telephone: (702) 792-7000
5 Fax: (702) 796-7181
landerson@kcnvlaw.com
6 rdaniels@kcnvlaw.com

7 *Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
8 *Joseph Lombardo and William Pollock*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF CALEB BLAYLOCK, by and through special administrator ROSALIND ROSE BLAYLOCK, ROSALIND ROSE BLAYLOCK, individually; STEPHEN PATRICK BLAYLOCK, individually;<br><br>Plaintiffs,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; JOSEPH LOMBARDO, Sheriff of Clark County, Nevada; WILLIAM POLLOCK, individually and in his official capacity; DOES 1 through 10;<br><br>Defendants. | Case No.: 2:18-cv-01265-JAD-BNW<br><br>**STIPULATION TO CONTINUE HEARING ON ECF NO. 34 -- STIPULATION TO EXTEND DISCOVERY (THIRD REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between the parties that the hearing on the parties Stipulation to Extend Discovery (Third Request) [ECF No. 34], currently scheduled for June 26, 2019 at 9:00 a.m., be rescheduled to a date and time after July 5, 2019 that is convenient and acceptable to this Honorable Court.

1    This request is made due to defense counsel having a full calendar after a week-long vacation, and Plaintiff's counsel having a vacation planned from July 1 through July 5, 2019. This request is made jointly by the parties and not for purposes of delay.

DATED this 19th day of June, 2019.

| KAEMPFER CROWELL | CALLISTER LAW GROUP |
|---|---|
| By: */s/ Lyssa S. Anderson*<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>RYAN W. DANIELS<br>Nevada Bar No. 13094<br>1980 Festival Plaza Drive<br>Suite 650<br>Las Vegas, Nevada 89135<br>**Attorneys for Defendants** | By: */s/ Mitchell S. Bisson*<br>MITCHELL S. BISSON<br>Nevada Bar No. 11920<br>330 E. Charleston Blvd., Suite 100<br>Las Vegas, NV 89104<br>**Attorneys for Plaintiffs** |

## **ORDER**

IT IS SO ORDERED that the hearing on the parties' Stipulation to Extend Discovery (Third Request) [ECF No. 34], currently scheduled for June 26, 2019 at 9:00 a.m. is vacated and rescheduled to July 9, 2019 at 10:00 a.m. in LV Courtroom 3B before Magistrate Judge Brenda Weksler.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 20, 2019

2356692_1.doc  6943.142