```
1  7LYSSA S. ANDERSON
   Nevada Bar No. 5781
2  RYAN W. DANIELS
   Nevada Bar No. 13094
3  KAEMPFER CROWELL
   1980 Festival Plaza Drive, Suite 650
4  Las Vegas, Nevada  89135
   Telephone:  (702) 792-7000
5  Fax:         (702) 796-7181
   landerson@kcnvlaw.com
6  rdaniels@kcnvlaw.com

7  Attorneys for Defendants
   Las Vegas Metropolitan Police Department,
8  Joseph Lombardo and William Pollock
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ESTATE OF CALEB BLAYLOCK, by and through special administrator ROSALIND ROSE BLAYLOCK, ROSALIND ROSE BLAYLOCK, individually; STEPHEN PATRICK BLAYLOCK, individually;<br><br>Plaintiffs,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; JOSEPH LOMBARDO, Sheriff of Clark County, Nevada; WILLIAM POLLOCK, individually and in his official capacity; DOES 1 through 10;<br><br>Defendants. | Case No.: 2:18-cv-01265-JAD-BNW<br><br>**JOINT INTERIM STATUS REPORT PURSUANT TO LR 26-3** |
|---|---|

Las Vegas Metropolitan Police Department and William Pollock ("LVMPD Defendants") and Rosalind Rose Blaylock and Stephen Patrick Blaylock ("Plaintiffs"), through their respective Counsel, respectfully submit pursuant to LR 26-3, their Joint Interim Status Report and advise the Court as follows:

1. **Estimated Time Required for Trial:**

The parties estimate that it will take four (4) to five (5) days for trial.

2. **Alternative Available Trial Dates:**

The parties currently anticipate that they would be available for trial on the following dates, in the event that all dispositive Motions are concluded:

1.     February 24, 2020;

2.     March 9, 2020; and

3.     March 16, 2020.

3. **Discovery Completed To Date:**

LVMPD Defendants and Plaintiffs have provided their initial Rule 26(f) Disclosures. LVMPD Defendants have also provided their first, second, and third supplemental disclosures to Plaintiffs.

Both parties served their initial written discovery requests (Interrogatories, Requests for Admissions and Requests for Production of Documents) on each other. Both parties have responded to the written discovery.

LVMPD Defendants have served various third-party subpoenas which responses are coming in and others will be due July 15, 2019. LVMPD Defendants are in the process of preparing an additional supplement Rule 26 Disclosure with those responses and following up on outstanding responses. LVMPD Defendants disclosed their initial expert reports. The deposition of Officer Pollock is currently scheduled for July 15, 2019.

4. **Discovery That Remains Outstanding:**

LVMPD Defendants are still waiting on responses to numerous third-party subpoenas and will prepare a supplemental Rule 26 disclosure. The deposition of Officer Pollock is scheduled. After all third-party subpoena responses are received, LVMPD Defendants will take

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

the depositions of both Plaintiffs and any necessary third-parties. The parties will timely disclose rebuttal expert reports.

**5. Pending Discovery Motions:**

The parties jointly submitted a Third Request to Extend Discovery, [ECF No. 34], which this Court granted on July 9, 2019. No other discovery motions are pending and parties do anticipate any additional motions at this time.

**6. Attempts at Settlement:**

The parties have been engaged in settlement discussions however, no settlement has been reached.

**7. Effect on Trial by Substantive Motions:**

The parties intend to file dispositive motions at the close of discovery. In the event claims are ruled on as a result of the dispositive motions, the length and scope of trial will be affected.

DATED this 10th day of July, 2019.

| KAEMPFER CROWELL | CALLISTER LAW GROUP |
|---|---|
| By: */s/ Lyssa S. Anderson*<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>RYAN W. DANIELS<br>Nevada Bar No. 13094<br>1980 Festival Plaza Drive<br>Suite 650<br>Las Vegas, Nevada 89135<br>**Attorneys for Defendants** | By: */s/ Mitchell S. Bisson*<br>MITCHELL S. BISSON<br>Nevada Bar No. 11920<br>330 E. Charleston Blvd., Suite 100<br>Las Vegas, NV 89104<br>**Attorneys for Plaintiffs** |