1 | 7LYSSA S. ANDERSON
Nevada Bar No. 5781
2 | RYAN W. DANIELS
Nevada Bar No. 13094
3 | KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
4 | Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
5 | Fax:         (702) 796-7181
landerson@kcnvlaw.com
6 | rdaniels@kcnvlaw.com

7 | *Attorneys for Defendants*
*Las Vegas Metropolitan Police Department*
8 | *and William Pollock*

9 | UNITED STATES DISTRICT COURT

10 | DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF CALEB BLAYLOCK, by and through special administrator ROSALIND ROSE BLAYLOCK, ROSALIND ROSE BLAYLOCK, individually; STEPHEN PATRICK BLAYLOCK, individually; | Case No.:  2:18-cv-01265-JAD-BNW |
| **Plaintiffs,** | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; JOSEPH LOMBARDO, Sheriff of Clark County, Nevada; WILLIAM POLLOCK, individually and in his official capacity; DOES 1 through 10; | |
| **Defendants.** | |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendants Las Vegas Metropolitan Police Department and William Pollock ("LVMPD Defendants"), and Rosalind Rose Blaylock and Stephen Patrick Blaylock ("Plaintiffs"), by and through their respective

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

1    counsel, that all of Plaintiffs' claims against all LVMPD Defendants are hereby dismissed, with

2    prejudice, with each party to bear their own attorney fees and costs.

3          DATED this 3rd day of October, 2019.

4    KAEMPFER CROWELL                              CALLISTER LAW GROUP

5
     By:   */s/ Lyssa S. Anderson*                 By:   */s/ Mitchell S. Bisson*
6          LYSSA S. ANDERSON                              MITCHELL S. BISSON
           Nevada Bar No. 5781                            Nevada Bar No. 11920
7          RYAN W. DANIELS                                330 E. Charleston Blvd., Suite 100
           Nevada Bar No. 13094                           Las Vegas, NV 89104
8          1980 Festival Plaza Dr., Ste. 650
           Las Vegas, Nevada 89135                        *Attorneys for Plaintiffs*
9          *Attorneys for Defendants*
           *Las Vegas Metropolitan Police*
10         *Department  and William Pollock*

11

12                                  **ORDER**

13         **IT IS SO ORDERED.**

14         DATED this _____ day of October, 2019.

15

16
                          _____
17                        UNITED STATES DISTRICT COURT JUDGE

18

19

20

21

22

23

24

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135