7LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:              (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department*
*and William Pollock*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF CALEB BLAYLOCK, by and through special administrator ROSALIND ROSE BLAYLOCK, ROSALIND ROSE BLAYLOCK, individually; STEPHEN PATRICK BLAYLOCK, individually;<br><br>　　　　　Plaintiffs,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; JOSEPH LOMBARDO, Sheriff of Clark County, Nevada; WILLIAM POLLOCK, individually and in his official capacity; DOES 1 through 10;<br><br>　　　　　Defendants. | Case No.: 2:18-cv-01265-JAD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 40 |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendants Las Vegas Metropolitan Police Department and William Pollock ("LVMPD Defendants"), and Rosalind Rose Blaylock and Stephen Patrick Blaylock ("Plaintiffs"), by and through their respective

1 counsel, that all of Plaintiffs' claims against all LVMPD Defendants are hereby dismissed, with
2 prejudice, with each party to bear their own attorney fees and costs.
3     DATED this 3rd day of October, 2019.

| KAEMPFER CROWELL | CALLISTER LAW GROUP |
|---|---|
| By:   */s/ Lyssa S. Anderson*<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>RYAN W. DANIELS<br>Nevada Bar No. 13094<br>1980 Festival Plaza Dr., Ste. 650<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendants*<br>*Las Vegas Metropolitan Police*<br>*Department and William Pollock* | By:   */s/ Mitchell S. Bisson*<br>MITCHELL S. BISSON<br>Nevada Bar No. 11920<br>330 E. Charleston Blvd., Suite 100<br>Las Vegas, NV 89104<br><br>*Attorneys for Plaintiffs* |

## ORDER

Based on the parties' stipulation **[ECF No. 40]** and good cause appearing, and because the dismissal of the claims against Las Vegas Metropolitan Police Department and William Pollock leaves no claims or parties remaining, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____ 10/9/19
UNITED STATES DISTRICT COURT JUDGE